**No. 11-184. Carolyn M. Kloeckner, Petitioner v. Hilda L. Solis, Secretary of Labor.**

565 U.S. 1152, 132 S. Ct. 1088, 181 L. Ed. 2d 805, 2012 U.S. LEXIS 583.

January 13, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit granted.

Same case below, 639 F.3d 834.